FERRY HALLOCK COMPANY, complainants-respondents,

*v.*

PROGRESSIVE PAPER BOX COMPANY, defendants-appellants.

[Argued June 24th, 1909.   Decided November 15th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery.

*Messrs. Howe & Davis,* for the complainants-respondents.

*Mr. Philip J. Schotland,* for the defendants-appellants.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.